

FILED
August 7, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:       RR
          Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v<br><br>ALBERTO SANCHEZ<br><br>Defendant | Case No: SA:24-CR-00366-OLG<br><br>**INDICTMENT**<br><br>COUNT 1: 18 U.S.C. § 922(o)<br>Illegal Possession of Machinegun<br><br>COUNT 2: 18 U.S.C. §§ 933(a)(1)<br>Firearms Trafficking<br><br>Notice of Government's Demand for Forfeiture |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
[18 U.S.C. § 922(o)]

On or about June 11, 2024, in the Western District of Texas, Defendant,

**ALBERTO SANCHEZ,**

did knowingly possess a machinegun, that is a Glock handgun, which was equipped with a conversion device that made it capable of firing automatically more than one shot, without manual reloading, by a single function of the trigger, in violation of Title 18, United States Code, Section 922(o).

<u>COUNT TWO</u>
[18 U.S.C. § 933(a)(1)]

On or about June 11, 2024, in the Western District of Texas, Defendant,

**ALBERTO SANCHEZ,**

did ship, transport, transfer, cause to be transported, or otherwise dispose of a firearm, to wit: a Glock, model 23, .40 Smith & Wesson caliber firearm, serial number BDZ840 and a Glock, model 17 Gen 4, 9mm Luger caliber firearm, serial number BEZT367, to a person in or otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by the recipient would constitute a felony, to wit, Illegal Possession of a Machinegun, all in violation of Title 18, United States Code, Section 933(a)(1).

## NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE
[*See* Fed. R. Crim. P. 32.2]

### I.
### Firearm Violation and Forfeiture Statutes
[Title 18 U.S.C. § 922(o), subject to forfeiture
pursuant to Title 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture
by Title 28 U.S.C. § 2461(c)]

As a result of the criminal violation set forth in Counts One, the United States of America gives notice to the Defendant of its intent to seek the forfeiture of certain property upon conviction and pursuant to Fed. R. Crim. P. 32.2 and Title 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c), which states:

> **Title 18 U.S.C. § 924. Penalties**
> **(d)(l)** Any firearm or ammunition involved in or used in any knowing violation of subsection . . . (o) . . . of section 922 . . . shall be subject to seizure and forfeiture . . . under the provisions of this chapter. . . .

### II.
### Firearm Violation and Forfeiture Statutes
[Title 18 U.S.C. § 933(a)(1) and (a)(3) subject to forfeiture pursuant to
Title 18 U.S.C. § 934(a)(1)(A) and (B)]

As a result of the criminal violation set forth in Count Two, the United States of America gives notice to the Defendant of its intent to seek the forfeiture of certain property upon conviction and pursuant to Fed. R. Crim. P. 32.2 and Title 18 U.S.C. § 934(a)(1)(A) and (B), which state:

**Title 18 U.S.C. § 934. Forfeiture and Fines.**
**(a) Forfeiture. --**
    **(1) In general**. -- Any person convicted of a violation of section 932 or 933 shall forfeit to the United States, irrespective of any provision of State law--
        (A) any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of such violation; and
        (B) any of the person's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation . . .

A TRUE BILL

FOREPERSON OF THE GRAND JURY

JAIME ESPARZA
UNITED STATES ATTORNEY

BY: _____
FOR AMANDA C. BROWN
Assistant United States Attorney

3