## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| V. | ) CRIMINAL NO. SA-24-CR-00366-OLG |
| | ) |
| **ALBERTO SANCHEZ,** | ) |
| | ) |
| **Defendant.** | ) |

### GOVERNMENT'S NOTICE OF APPEARANCE OF FORFEITURE COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America, by and through the undersigned counsel, and hereby gives notice that Assistant United States Attorney Ray A. Gattinella is assigned to represent the United States in the above-captioned case on all matters involving forfeiture proceedings. Therefore, it is requested that Assistant United States Attorney Ray A. Gattinella be added to the docket in the instant cause.

Respectfully submitted,

JAIME ESPARZA
UNITED STATES ATTORNEY

By:   /s/
RAY A. GATTINELLA
Assistant United States Attorney
Asset Forfeiture Section
601 NW Loop 410, Suite 600
San Antonio, Texas 78216
Tel: 210-384-7040
Fax: 210-384-7045
Texas Bar No. 00798202
Email: Ray.Gattinella@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2024, the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF System, which will transmit notification of such filing to the following CM/ECF participant:

**Julie K. Hasdorff**
Email: hasconpc@aol.com
Attorney for Defendant Alberto Sanchez

/s/
RAY A. GATTINELLA
Assistant United States Attorney